# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ROBINSON | CIVIL ACTION |
| | NO. 18-341 |
| *Plaintiff,* | |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a "Amtrak" and BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES, | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 12TH day of **February 2019**, upon consideration of Defendant Brotherhood of Maintenance of Way Employee's Motion for Judgment on the Pleadings (ECF No. 28), Plaintiff's Response thereto (ECF No. 34), and Defendant's Reply in support of its Motion for Judgment on the Pleadings (ECF No. 35), it is hereby **ORDERED** and **DECREED** that Defendant's Motion for Judgment on the Pleadings (ECF No. 28) is **DENIED**.

**BY THE COURT:**

_____
**CHAD F. KENNEY, JUDGE**

1