IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM ROBINSON** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 18-341 |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION d/b/a AMTRAK and** | : | |
| **BROTHERHOOD OF MAINTENANCE** | : | |
| **OF WAY EMPLOYEES** | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 22nd day of **July 2019**, upon consideration of Defendant National Railroad Passenger Corporation d/b/a Amtrak's Motion for Summary Judgment (ECF No. 52), Plaintiff's Response thereto (ECF No. 57), as well as Defendant Brotherhood of Maintenance of Way Employees's Motion for Summary Judgment (ECF No. 51), and Plaintiff's Response thereto (ECF No. 56), it is hereby **ORDERED** and **DECREED** Defendant National Railroad Passenger Corporation d/b/a Amtrak's Motion for Summary Judgment (ECF No. 52) and Defendant Brotherhood of Maintenance of Way Employees's Motion for Summary Judgment (ECF No. 51) are **GRANTED**.

It is further **ORDERED** that Defendants' Joint Motion for Leave to Supplement Summary Judgment Record (ECF No. 67) and Defendant National

1

Railroad Passenger Corporation d/b/a Amtrak's Motion to Bifurcate or Sever Plaintiff's Claims (ECF No. 68) are **DENIED AS MOOT**.

The Clerk of Court is directed to close this matter.

**BY THE COURT:**

_____
**CHAD F. KENNEY, JUDGE**